UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rad Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Security National Ins. Co., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-06718-AH (PVCx) <br><br> **FINAL JUDGMENT** |
| Security National Ins. Co., *et al.*, <br><br> Third-Party Plaintiffs <br> v. <br><br> Mastec North America, Inc., *et al.*, <br><br> Third-Party Defendants. | |

For the reasons stated in the separate order of dismissal entered on June 10, 2025, this action is dismissed without prejudice.

This is a final judgment.

Dated: June 10, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE